1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  JENNIFER GASPAR (CABN 266726)
   Special Assistant United States Attorney
5     1301 Clay Street, Suite 340S
      Oakland, CA 94612
6     Telephone: (510) 637-3680
      Fax: (510) 637-3724
7     E-Mail: jennifer.gaspar@usdoj.gov

8  Attorneys for Plaintiff

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                          OAKLAND DIVISION

13 UNITED STATES OF AMERICA,        )   No. CR11-00081 SBA
                                    )
14         Plaintiff,                )
                                    )   NOTICE OF DISMISSAL
15    v.                             )
                                    )
16 CORNELIUS BRUMFIELD,             )
                                    )   OAKLAND VENUE
17         Defendant.                )
                                    )
18 _____  )

19    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

20 United States Attorney for the Northern District of California dismisses the above indictment

21 without prejudice and moves that the Court quash the arrest warrant issued in connection with

22 the indictment in this case.

23

24 DATED: February 18, 2011              Respectfully submitted,

25                                       MELINDA HAAG
                                         United States Attorney
26
                                                /s/
27                                       _____
                                         MIRANDA KANE (CABN 150630)
28                                       Chief, Criminal Division

   NOTICE OF DISMISSAL (CR )

Leave is granted to the government to dismiss the indictment.  It is further ordered that the arrest warrant issued in connection with the indictment is quashed.

Date: February 22, 2011

_____
LAUREL BEELER
United States Magistrate Judge